No. 65286.—A & A Food Products, Inc., and Chas. H. Asche & Co., Inc., et al. *v.* United States, protests 60/12291, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

No. 65287.—The J. D. Richardson Co. *v.* United States, protest 265921–K (Detroit).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MARCH 16, 1961

No. 65288.—I. B. Cohen & Sons Corp. *v.* United States, protest 60/5359 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.

No. 65289.—M. Pressner & Co. *v.* United States, protest 60/21336 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.

No. 65290.—Joseph S. Rosenberg, Inc. *v.* United States, protest 60/12091 (New York).

Opinion by OLIVER, C.J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.